UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROBBIE WAGNER and MELINDA WAGNER,

        Plaintiffs,

    v.

MARK W. MCDEVITT,

        Defendant.

Case No. 06-cv-4090-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on the stipulation of dismissal of Counts II and III (Doc. 21) pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) filed by all parties who have appeared in this case. However, Rule 41(a)(1)(ii) is inapplicable in that it speaks only of dismissing "an action" and not dismissing individual claims. To remedy this deficiency, the Court construes the stipulation as an agreed motion to voluntarily dismiss Counts II and III with prejudice pursuant to Rule 41(a)(2). Rule 41(a)(2) provides that only the Court may dismiss an action after an adverse party has filed an answer or motion for summary judgment and in the absence of a stipulation of dismissal of all claims signed by all parties who have appeared.

The Court hereby **GRANTS** the motion to dismiss (Doc. 21), **DISMISSES with prejudice** all Counts II and III, and **DIRECTS** the Clerk of Court to enter judgment accordingly at the close of the case.

**IT IS SO ORDERED.**
**DATED: August 31, 2006**

                              s/ J. Phil Gilbert
                              **J. PHIL GILBERT**
                              **DISTRICT JUDGE**