IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ROBBIE WAGNER, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| V. ) | Civil No.  **06-4090-JPG** |
| ) | |
| **MARK W. MCDEVITT,** ) | |
| ) | |
| Defendant. ) | |

### ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff Robbie Wagner's motion to compel defendant Mark McDevitt to comply with plaintiff's request for production of medical records and financial records.  **(Doc. 16).**  Defendant McDevitt's response to the subject motion indicates that within the next 14 days he will provide all responsive documents to which he has access, and that he has otherwise informed plaintiff that he has no stocks, bonds or investments.  **(Doc. 22).**

Defendant does not contest the merits of plaintiff's motion.  The Court perceives that plaintiff's motion is moot, *provided* defendant produces the promised materials.

**IT IS THEREFORE ORDERED** that plaintiff's motion to compel **(Doc. 16)** is **GRANTED**, in that on or before **September 18, 2006**, defendant McDevitt shall produce all responsive documents within his custody or control.

**IT IS SO ORDERED.**

DATED: September 11, 2006

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**
