IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBBIE WAGNER and MELINDA WAGNER, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 06-cv-4090-JPG ) |
| MARK W. McDEVITT, | ) ) |
| Defendant. | ) |

# JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

DATED:  July 24, 2007

**NORBERT G. JAWORSKI, Clerk**

**By: K. Jane Reynolds, Deputy Clerk**

APPROVED:    s/J. Phil Gilbert
J. PHIL GILBERT
U. S. DISTRICT JUDGE